IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OMAR BARNES,

    Plaintiff,

v.                                              4:07cv199-WS

STEVEN SINGER, WARDEN,
et al.,

    Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

    Before the Court is the Magistrate Judge's Report and Recommendation docketed June 27, 2007. See Doc. 10. The Magistrate Judge recommends that this action be transferred to the Middle District of Florida. Plaintiff has not responded to the Report and Recommendation.

    The Court having reviewed the matter, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 10) is adopted and incorporated by reference in this order of the Court.

    2. The Clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this   3rd   day of   August  , 2006.


                                                s/ William Stafford
                                                WILLIAM STAFFORD
                                                SENIOR UNITED STATES DISTRICT JUDGE